IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Antonio Johnson, | ) | Case No.: 4:10-2938-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| UPS National Health Plan for Part Time Employees, | ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadlines set forth in the Court's Specialized Case Management Order. The case has been stayed to allow for additional administrative review of Plaintiff's ERISA benefit claim, and the parties advise that Plaintiff's claim was recently denied again for the final time. Because of the stay, the deadlines in the Court's Specialized Case Management Order should be moved. The parties have advised the court that they would like to explore settlement at or before mediation before preparing a joint stipulation. Accordingly, the parties have asked for the deadline to mediate be extended to January 26, 2012 and to file the joint stipulation and the parties' respective memoranda to be moved to February 29, 2012. For good cause shown, the court does believe that an extension of time within which to mediate and to file a joint stipulation pursuant to the court's specialized case management order is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to January 26, 2012 and to file a joint stipulation and the parties' respective memoranda in the matter *sub judice* to February 29, 2012.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate by January 26, 2012 and to file a joint stipulation and the parties' respective memoranda pursuant to the court's specialized case management order in the matter *sub judice* is hereby extended until February 29, 2012.  In all other regards, the parties shall comply with the specialized case management order.

**AND, IT IS SO ORDERED.**

s/ R. Bryan Harwell<br>
The Honorable R. Bryan Harwell<br>
United States District Judge

Date: November 21, 2011